ACCEPTED
01-15-00802-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 3:50:25 PM
CHRISTOPHER PRINE
CLERK

N0. 01-15-00802-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/12/2015 3:50:25 PM

CHRISTOPHER A. PRINE
Clerk

**IN THE INTEREST OF W.J.B., A CHILD**

**T.B.F., APPELLANT**

**VS.**

**TEXAS DEPARTMENT OF FAMILY & PROTECTIVE
SERVICES, APPELLEE**

ON APPEAL FROM
THE 310TH DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2014-18450

**AMENDED NOTICE OF APPEAL**

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW JULI CROW ("appellate counsel"), appointed attorney

ad litem on appeal for Appellant, T.B.F., respondent mother, and hereby files

this Amended Notice of Appeal and in support thereof shows:

1.      The trial court, cause number and style of this case are listed above.

2.  The order being appealed is entitled Decree for Termination dated October 6, 2015. The original notice of appeal incorrectly stated that said decree was signed on September 22, 2015.

3.  The party desiring to appeal is T.B.F., Respondent Mother.

4.  This appeal is taken to the First Court of Appeals in Houston, Texas.

5.  A Motion for New Trial was not filed.

6.  This appeal involves the termination of the parent-child relationship that entitles Respondent Mother to an accelerated appeal.

7.  Appellant is presumed indigent and may proceed without advance payment of costs as provided by TRAP 20.1(a)(3).

Respectfully submitted,

**/s/ Juli Crow**
Juli Crow
PO Box 10152
Houston, Texas 77206
Telephone (281) 382-1395
Facsimile (713) 422-2389
State Bar No. 24000653

jpcrow@yahoo.com

ATTORNEY AD LITEM ON
APPEAL FOR
APPELLANT  T.B.F.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2015, a true and correct copy of the foregoing Appellant's Motion to Abate Appeal was served in accordance with the TRAP.

1.      Sandra D. Hachem
       Senior Assistant County Attorney
       1019 Congress Avenue, 15th Floor
       Houston, Texas  77002-1700
       (713) 437-4700 fax

2.      William Thursland
       Counsel for Appellant B.J.B.
       440 Louisiana St., Ste 1130
       Houston, Texas 77002
       (713) 655-9035 fax
       WMThursland@hotmail.com

**/s/ Juli Crow**
Juli Crow